# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.   M-22-836-AMG |
| | ) | |
| LAQUITA MARIE WHITEMAN, | ) | Violation:  18 U.S.C. § 111(a)(1) |
| | ) | |
| Defendant. | ) | |

## I N F O R M A T I O N

The United States Attorney charges:

On or about September 4, 2022, in the Western District of Oklahoma,

------------------------------ **LAQUITA MARIE WHITEMAN,**--------------------------------

the defendant herein, did knowingly assault, resist, oppose, impede, intimidate and interfere with P.K., a Bureau of Indian Affairs Police Officer, while P.K. was engaged in the performance of his official duties, by cursing and spitting at him, thereby committing a simple assault.

All in violation of Title 18, United States Code, Section 111(a)(1).

ROBERT J. TROESTER
United States Attorney

*Arvo Mikkanen*

ARVO Q. MIKKANEN
Assistant United States Attorney

# United States District Court
## Violation Notice

CVB Location Code

W014

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 2931427 | PATRICK KEAHBONE | BIA 541 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| Sept. 4, 2022 1321p | 18 USC SUBSECTION 111 |

Assaulting, Resisting, or Impeding officer

**Place of Offense** COLONY POWWOW GROUNDS (Cheyenne and Arapaho Jurisdiction).

**Offense Description: Factual Basis for Charge** LAQUITA WHITEMAN   HAZMAT ☐
was placed in Custody and Placed in back
Passenger of police unit. WHITEMAN Spit
on officer.

### DEFENDANT INFORMATION   Phone: (580) 275-8280

| Last Name | First Name | M.I. |
|---|---|---|
| WHITEMAN | LAQUITA | M |

| Street Address |
|---|
| 1909 NOWAHY AVE |

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Clinton | OK | 73601 | 5-14-1985 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | OK | 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 |

| ☑ Adult ☐ Juvenile | Sex ☐ Male ☑ Female | Hair BLK | Eyes BRO | Height 5-9 | Weight 145 |
|---|---|---|---|---|---|

### VEHICLE   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

| A ☑ | IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy). | B ☐ | IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy). |
|---|---|---|---|

| | $ | Forfeiture Amount |
|---|---|---|
| | + $25 | Processing Fee |
| PAY THIS AMOUNT → | $ | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| UNITED STATES DISTRICT COURT FOR WESTERN DISTRICT OF OKLAHOMA 200 NW 4TH ST OKLAHOMA CITY, OK 73102 | 11-17-2022 |
| | Time (hh:mm) 1:30PM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X **Defendant Signature** *Laquita Whiteman*

(Rev. 01/2009)   Original - CVB Copy

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 4, 20 22 while exercising my duties as a
law enforcement officer in the Western District of Oklahoma

I PATRICK KEAHBONE ARE LAW ENFORCEMENT OFFICER FOR
BUREAU OF INDIAN AFFAIRS CONCHO AGENCY. I AM A
CERTIFIED FEDERAL POLICE OFFICER. I AM EMPOWERED
TO INVESTIGATE CRIMES COMMITTED IN INDIAN
COUNTRY.

ON 9/4/22 AT 1:17PM, WHILE AT COLONY POWWOW
GROUNDS RESPONDED TO DISORDERLY FEMALE TRYING
TO FIGHT. FEMALE WAS HIGHLY INTOXICATED AND
ASSAULTED A FEMALE AND MALE SUBJECT. FEMALE
WAS PLACED IN CUSTODY AND BEGAN CUSSING AT
OFFICER. FEMALE WOULD NOT COMPLY AND GET
IN OFFICER VEHICLE. FEMALE KEPT CUSSING
AT OFFICER CALLING OFFICER A BITCH AND WHY
AM I DOING THIS TO HER. FEMALE SAYS YOU
BITCH ARRESTING ME IN FRONT OF MY OWN KIDS.
FEMALE SAID FUCK YOU. FEMALE STARTED TO
PUT HER FOOT IN A KICKING MOTION. OFFICER
STARTED TO SHUT DOOR AND FEMALE SPIT
ON OFFICER.
I PERSONALLY SERVED FEDERAL CITATION (2231477)
ON 9/5/22 AND EXPLAINED DATE + TIME OF COURT

The foregoing statement is based upon:
☑ my personal observation     ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on
the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 9/5/2022        _Patrick Keahbone_
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident